UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, and DOCTOR OF MEDICAL CENTER OF MODESTO, INC.,<br><br>Defendants. | No. 1:23-cv-01106-TLN-CKD |
| LORI BELTRAN, BRITTANY MATUS PRESTON MEISNER, PAUL BLUMBERG, and MARK MEHRING on behalf themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DOCTORS MEDICAL CENTER OF MODESTO, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | No. 2:23-CV-01670-KJM-CKD<br><br><br><br>**RELATED CASE ORDER**<br><br><br><br>No. 2:23-cv-01672-DJC-KJN |
| JUDITH HARRILL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMANUEL MEDICAL CENTER, TENET HEALTH, and META PLATFORMS, INC.,<br><br>Defendants. | |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the actions denominated 2:23-cv-01670-KJM-CKD and 2:23-cv-01672-DJC-KJN are reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the captions shall read 2:23-cv-01670-TLN-CKD, and 2:23-cv-01672-TLN-CKD. Any dates currently set in 2:23-cv-01670-KJM-CKD and 2:23-cv-01672-DJC-KJN are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: October 3, 2023

Troy L. Nunley
United States District Judge